# Exhibit A

|    | Artist | Track | Reg. No./Non-US/Pre-72 | Plaintiff |
|----|--------|-------|------------------------|-----------|
| 1  | 21 Savage | a lot | SR0000844192 | Sony Music Entertainment |
| 2  | 21 Savage | Ball w/o You | SR0000844192 | Sony Music Entertainment |
| 3  | 21 Savage, Offset & Metro Boomin feat. Travis Scott | Ghostface Killers | SR0000846583 | Sony Music Entertainment |
| 4  | 24KGoldn | Valentino | SR0000837016 | Sony Music Entertainment |
| 5  | 24kGoldn feat. Iann dior | Mood | SR0000881772 | Records Label, LLC |
| 6  | A Touch of Class | Around The World (La La La La La) (unauthorized remix) | non-US | Sony Music Entertainment |
| 7  | A$AP Ferg | Floor Seats | pending | Sony Music Entertainment |
| 8  | A$AP Ferg | Let It Go (Riot Ten Remix) - Unauthorized | SR0000732583 | Sony Music Entertainment |
| 9  | A$AP Rocky | Distorted Records | pending | Sony Music Entertainment |
| 10 | A$AP Rocky | Everyday | SR0000768267 | Sony Music Entertainment |
| 11 | A$AP Rocky | Tony Tone | pending | Sony Music Entertainment |
| 12 | A$AP Rocky feat. Skepta | Praise the Lord (Da Shine) | pending | Sony Music Entertainment |
| 13 | A$AP Rocky feat. Skrillex & Birdy Nam Nam | Wild for the Night | SR0000724848 | Sony Music Entertainment |
| 14 | Aaron Carter | Sooner or Later | pending | Sony Music Entertainment |
| 15 | AC/DC | Back in Black | SR0000019392 | Sony Music Entertainment |
| 16 | AC/DC | Thunderstruck | SR0000121379 | Sony Music Entertainment |
| 17 | Amelia Monet | Baddest | non-US | Sony Music Entertainment |
| 18 | Arizona Zervas | FML | SR0000872935 | Sony Music Entertainment |

|    | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|----|--------|-------|-------------------------|-----------|
| 19 | Arizona Zervas | ROXANNE | SR0000867188 | Sony Music Entertainment |
| 20 | Au/Ra & CamelPhat | Panic Room | SR0000824501 | Sony Music Entertainment |
| 21 | Audioslave | Like a Stone | SR0000322103 | Sony Music Entertainment |
| 22 | Avelino | Higher Power | non-US | Sony Music Entertainment |
| 23 | Ayo & Teo | Rolex (Steve Aoki Remix) | SR0000804203 | Sony Music Entertainment |
| 24 | B Young | Jumanji | non-US | Sony Music Entertainment |
| 25 | Backstreet Boys | Everybody (Backstreet Back) | PA0001066309 | Zomba Recording LLC |
| 26 | Becky G | Shower | SR0000760239 | Sony Music Entertainment |
| 27 | Bei Maejor ft. Waka Flocka Flame | Lights Down Low (unauthorized remix) | SR00008178001 | Sony Music Entertainment |
| 28 | Beyoncé | Diva | SR0000623449 | Sony Music Entertainment |
| 29 | Beyoncé | Partition | SR0000747291 | Sony Music Entertainment |
| 30 | Beyoncé | Love On Top | SR0000683948 | Sony Music Entertainment |
| 31 | Beyoncé feat. Chimamanda Ngozi Adichie | ***Flawless | SR0000747291 | Sony Music Entertainment |
| 32 | Beyoncé ft. Jay-Z | Crazy In Love | SR0000787489 | Sony Music Entertainment |
| 33 | Beyoncé ft. Jay-Z | Upgrade U | SR0000395861 | Sony Music Entertainment |
| 34 | Beyoncé Shatta Wale & Major Lazer | Already | pending | Sony Music Entertainment |
| 35 | Blue Ivy, SAINt JHN, Beyoncé & WizKid | Brown Skin Girl | pending | Sony Music Entertainment |

|    | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|----|--------|-------|--------------------------|-----------|
| 36 | Bring Me the Horizon | Can You Feel My Heart (Flackstar Remix - unauthorized remix) | non-US | Sony Music Entertainment |
| 37 | Britney Spears | Womanizer | PA0001619000 | Zomba Recording LLC |
| 38 | Britney Spears | Work B**ch | SR0000738039 | Sony Music Entertainment |
| 39 | BROCKHAMPTON | SUGAR | SR0000862205 | Sony Music Entertainment |
| 40 | Bryson Tiller | Run Me Dry | SR0000819885 | Sony Music Entertainment |
| 41 | Buddy | Black (feat. A$AP Ferg) | SR0000813251 | Sony Music Entertainment |
| 42 | Calvin Harris | Summer | SR0000763015 | Sony Music Entertainment |
| 43 | Calvin Harris & Disciples | How Deep Is Your Love | SR0000785977 | Sony Music Entertainment |
| 44 | Calvin Harris & Dua Lipa | One Kiss | SR0000817944 | Sony Music Entertainment |
| 45 | Calvin Harris feat. Gwen Stefani | Together | SR0000763016 | Sony Music Entertainment |
| 46 | Calvin Harris feat. PARTYNEXTDOOR | Nuh Ready Nuh Ready | SR0000814090 | Sony Music Entertainment |
| 47 | Camila Cabello ft. Young Thug | Havana | SR0000805923 | Sony Music Entertainment |
| 48 | Camila Cabello ft. DaBaby | My Oh My (Unauthorized Mashup) | SR0000892250 | Sony Music Entertainment |
| 49 | Campsite Dream | Little Do You Know | non-US | Sony Music Entertainment |
| 50 | Childish Gambino | 35.31 | SR0000877192 | Sony Music Entertainment |
| 51 | Chloe Lilac | DOUCHEBAG | pending | Sony Music Entertainment |
| 52 | Chris Brown | Forever | SR0000613921 | Zomba Recording LLC |
| 53 | Chris Brown | Overtime | pending | Sony Music Entertainment |
| 54 | Chris Brown | Yo (Excuse Me Miss) | SR0000382648 | Zomba Recording LLC |

|    | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|----|--------|-------|-------------------------|-----------|
| 55 | Chris Brown ft. Drake | No Guidance | SR0000849072 | Sony Music Entertainment |
| 56 | Chris Brown ft. Tyga & Kevin McCall | Deuces | SR0000679366 | Sony Music Entertainment |
| 57 | Ciara | I Bet | SR0000767267 | Sony Music Entertainment |
| 58 | Ciara ft. Chamillionaire | Get Up | SR0000388894 | LaFace Records, LLC |
| 59 | CLiQ | Dance on the Table | non-US | Sony Music Entertainment |
| 60 | CLiQ ft. Alika | Wavey | non-US | Sony Music Entertainment |
| 61 | CLMD ft. Astrid S | Dust (Extended Version) | non-US | Sony Music Entertainment |
| 62 | CLMD ft. Jared Lee | Keep Dreaming | non-US | Sony Music Entertainment |
| 63 | Cyndi Lauper | Girls Just Want To Have Fun | SR0000050827 | Sony Music Entertainment |
| 64 | Deacon ft. Nina Nesbitt | Long Run | pending | Sony Music Entertainment |
| 65 | Destiny's Child | Bootylicious | SR0000289199 | Sony Music Entertainment |
| 66 | Destiny's Child | Survivor | SR0000829012 | Sony Music Entertainment |
| 67 | Destiny's Child | Jumpin' Jumpin' | SR0000268936 | Sony Music Entertainment |
| 68 | Diplo & Julia Michaels ft. Morgan Wallen | Heartless | SR0000866214 | Sony Music Entertainment |
| 69 | Diplo, French Montana & Lil Pump feat. Zhavia Ward | Welcome To The Party | SR0000847192 | Sony Music Entertainment |
| 70 | DJ Jazzy Jeff & The Fresh Prince | The Fresh Prince of Bel-Air | SR0000767183 | Sony Music Entertainment |
| 71 | DJ Khaled & Calvin Harris ft. Travis Scott & Jeremih | Don't Quit | SR0000818388 | Sony Music Entertainment |

| | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|---|---|---|---|---|
| 72 | DJ Khaled ft. Drake | For Free | SR0000798396 | Sony Music Entertainment |
| 73 | DJ Khaled ft. Drake | GREECE | pending | Sony Music Entertainment |
| 74 | DJ Khaled ft. Drake | POPSTAR | pending | Sony Music Entertainment |
| 75 | DJ Khaled ft. Justin Bieber, Chance the Rapper & Quavo | No Brainer | SR0000823191 | Sony Music Entertainment |
| 76 | DJ Khaled ft. Rihanna & Bryson Tiller | Wild Thoughts | SR0000818389 | Sony Music Entertainment |
| 77 | DJ Khaled ft. Rihanna & Bryson Tiller | Wild Thoughts (Bee's Knees Dance Remix) | SR0000818389 | Sony Music Entertainment |
| 78 | DJ Khaled ft. Rihanna & Bryson Tiller | Wild Thoughts (Medasin Dance Remix) | SR0000818389 | Sony Music Entertainment |
| 79 | DJ Snake, Lil Jon | Turn Down For What | SR0000773267 | Sony Music Entertainment |
| 80 | Doja Cat | Boss Bitch | SR0000874384 | Sony Music Entertainment |
| 81 | Doja Cat | Candy | SR0000874385 | Sony Music Entertainment |
| 82 | Doja Cat | Casual (unauthorized remix) | SR0000817347 | Sony Music Entertainment |
| 83 | Doja Cat | Freak | pending | Sony Music Entertainment |
| 84 | Doja Cat | Say So | SR0000871263 | Sony Music Entertainment |
| 85 | Doja Cat ft. Gucci Mane | Like That (unauthorized remix) | SR0000871263 | Sony Music Entertainment |
| 86 | Dynoro & Gigi D'Agostino | In My Mind | non-US | Sony Music Entertainment |
| 87 | Earl Sweatshirt | Chum | SR0000736218 | Sony Music Entertainment |
| 88 | Elaine | Risky | pending | Sony Music Entertainment |
| 89 | Electric Light Orchestra | Mr. Blue Sky | N46612 | Sony Music Entertainment |

| | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|---|---|---|---|---|
| 90 | Ella Henderson | Ghost (Unauthorized Remix) | SR0000766237 | Sony Music Entertainment |
| 91 | Elvis | Can't Help Falling In Love | pre-72 | Sony Music Entertainment |
| 92 | Eurythmics | Sweet Dreams (Are Made of This) | SR0000046186 | Arista Music |
| 93 | Example | Changed The Way You Kiss Me (Unauthorized Remix) | non-US | Sony Music Entertainment |
| 94 | Fifth Harmony | All In My Head (Flex) | SR0000785427 | Sony Music Entertainment |
| 95 | Fifth Harmony | That's My Girl | SR0000785427 | Sony Music Entertainment |
| 96 | Fifth Harmony | That's My Girl - Ryan Riback Remix | SR0000785427 | Sony Music Entertainment |
| 97 | Fifth Harmony | Worth It | SR0000768360 | Sony Music Entertainment |
| 98 | Fifth Harmony feat. Ty Dolla $ign | Work From Home | SR0000783585 | Sony Music Entertainment |
| 99 | Fifth Harmony ft. Gucci Mane | Down | SR0000804120 | Sony Music Entertainment |
| 100 | Foster The People | Waste | SR0000752474 | Sony Music Entertainment |
| 101 | Foushee | Deep End | SR0000884711 | Sony Music Entertainment |
| 102 | Foxes | Youth (Adventure Club Remix) | SR0000774078 | Sony Music Entertainment |
| 103 | French Montana | Unforgettable | SR0000813807 | Sony Music Entertainment |
| 104 | French Montana | Unforgettable (Tiesto vs. Dzeko AFTR:HRS Remix) | SR0000823017 | Sony Music Entertainment |
| 105 | French Montana | No Stylist | SR0000824910 | Sony Music Entertainment |
| 106 | French Montana ft. City Girls | Wiggle It | pending | Sony Music Entertainment |
| 107 | Future | Rent Money | SR0000814500 | Sony Music Entertainment |
| 108 | Future | Sh!t (Unauthorized Remix) | SR0000762575 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|-------------------------|-----------|
| 109 | Future | Wicked | SR0000793595 | Sony Music Entertainment |
| 110 | Future | Mask Off | SR0000814500 | Sony Music Entertainment |
| 111 | Future ft. Drake | Life is Good | SR0000865316 | Sony Music Entertainment |
| 112 | Future ft. Drake | Where Ya At | SR0000769842 | Sony Music Entertainment |
| 113 | Future ft. Drake, DaBaby & Lil Baby | Life is Good (Remix) | SR0000865316 | Sony Music Entertainment |
| 114 | Gashi ft. French Montana & DJ Snake | Creep on Me | SR0000823189 | Sony Music Entertainment |
| 115 | Gaullin | Moonlight | non-US | Sony Music Entertainment |
| 116 | G-Eazy & Halsey | Him & I | SR0000825420 | Sony Music Entertainment |
| 117 | G-Eazy ft. Marc E. Bassy | Some Kind of Drug | SR0000766805 | Sony Music Entertainment |
| 118 | Ginuwine | Differences | SR0000296962 | Sony Music Entertainment |
| 119 | GoldLink ft. Lola Rae | More | SR0000849175 | Sony Music Entertainment |
| 120 | Good Charlotte | The Anthem | SR0000309099 | Sony Music Entertainment |
| 121 | H.E.R. feat. YG | Slide | SR0000872441 | Sony Music Entertainment |
| 122 | HAIM | Want You Back | pending | Sony Music Entertainment |
| 123 | Harry Styles | Falling | SR0000883191 | Sony Music Entertainment |
| 124 | Harry Styles | Watermelon Sugar | SR0000861992 | Sony Music Entertainment |
| 125 | J Hus | Must Be | non-US | Sony Music Entertainment |
| 126 | J Hus ft. Koffee | Repeat | non-US | Sony Music Entertainment |
| 127 | J. Cole | Wet Dreamz | SR0000767849 | Sony Music Entertainment |
| 128 | JACKBOYS & Sheck Wes | Gang Gang | SR0000886163 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|--------------------------|-----------|
| 129 | JACKBOYS ft. Young Thug | Out West | SR0000886163 | Sony Music Entertainment |
| 130 | James Arthur | Say You Won't Let Go | SR0000799332 | Sony Music Entertainment |
| 131 | James Taylor | Your Smiling Face | RE0000923126 | Sony Music Entertainment |
| 132 | Jawsh 685 | Laxed (Siren Beat) | SR0000876800 | Sony Music Entertainment |
| 133 | Jennifer Lopez | Let's Get Loud | SR0000267571 | Sony Music Entertainment |
| 134 | Jocelyn Alice | Bound To You | SR0000817603 | Sony Music Entertainment |
| 135 | Josh Parkinson | No More | non-US | Sony Music Entertainment |
| 136 | JP Saxe | If The World Was Ending | SR0000860555 | Sony Music Entertainment |
| 137 | Justin Timberlake | Rock Your Body | SR0000319834 | Zomba Recording, LLC |
| 138 | Justin Timberlake ft. T.I. | My Love | SR0000395943 | Zomba Recording, LLC |
| 139 | Justin Timberlake ft. Timbaland | SexyBack | SR0000719411 | Sony Music Entertainment |
| 140 | Katy B | Katy On A Mission | SR0000731140 | Sony Music Entertainment |
| 141 | KBFR | Hood Baby | pending | Sony Music Entertainment |
| 142 | Ke$ha | Cannibal | SR0000670406 | Sony Music Entertainment |
| 143 | kenzie & Sia | EXHALE | SR0000881681 | Sony Music Entertainment |
| 144 | kenzie & Sia | EXHALE (Hook N Sling Remix) | SR0000881700 | Sony Music Entertainment |
| 145 | Kesha | Praying | SR000804113 | Sony Music Entertainment |
| 146 | Khalid | OTW | SR0000816701 | Sony Music Entertainment |
| 147 | Khalid | Talk | SR0000849620 | Sony Music Entertainment |
| 148 | Khalid ft. A Boogie Wit Da Hoodie | Right Back | SR0000853074 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
| --- | --- | --- | --- | --- |
| 149 | Kid Ink ft. Chris Brown | Hotel | SR0000766242 | Sony Music Entertainment |
| 150 | Kid Ink ft. Ty Dolla $ign | F With U | SR0000836484 | Sony Music Entertainment |
| 151 | Koffee | Rapture | SR0000848566 | Sony Music Entertainment |
| 152 | Krypto0905 ft. D3mstreet | Woah | pending | Sony Music Entertainment |
| 153 | Kstylis | Booty Me Down | pending | Sony Music Entertainment |
| 154 | Kygo & Ellie Goulding | First Time (R3hab Remix) | SR0000805193 | Sony Music Entertainment |
| 155 | Kygo & Selena Gomez | It Ain't Me | SR0000799464 | Sony Music Entertainment |
| 156 | Kygo ft. Ella Henderson | Here For You | pending | Sony Music Entertainment |
| 157 | Kygo ft. The Night Game & Maja Francis | Kids in Love | SR0000805696 | Sony Music Entertainment |
| 158 | Kygo, Zara Larsson & Tyga | Like It Is | SR0000872870 | Sony Music Entertainment |
| 159 | Labrinth | Still Don't Know My Name | pending | Sony Music Entertainment |
| 160 | Labrinth | Earthquake | SR0000772359 | Sony Music Entertainment |
| 161 | Lady Leshurr | Queen's Speech 7 | SR0000820311 | Sony Music Entertainment |
| 162 | Lennon Stella | Kissing Other People | SR0000860882 | Sony Music Entertainment |
| 163 | Lil Bow Wow Ft. Jermain Dupri & Fabolous & Fundisha | Basketball | PA0001106371 | Sony Music Entertainment |
| 164 | Lil Mama | Lip Gloss | SR0000759131 | Sony Music Entertainment |
| 165 | Lil Nas X | Old Town Road | SR0000844047 | Sony Music Entertainment |
| 166 | Lil Nas X | Panini | SR0000851575 | Sony Music Entertainment |
| 167 | Lil Nas X ft. Billy Ray Cyrus | Old Town Road (Remix) | SR0000844745 | Sony Music Entertainment |

A-31

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|-------------------------|-----------|
| 168 | Lil Tjay | One Take | pending | Sony Music Entertainment |
| 169 | Little Mix | Joan of Arc | SR0000839841 | Sony Music Entertainment |
| 170 | Little Mix | Power | SR0000801365 | Sony Music Entertainment |
| 171 | Little Mix | Salute | SR0000769839 | Sony Music Entertainment |
| 172 | Little Mix | Think About Us | SR0000839830 | Sony Music Entertainment |
| 173 | Little Mix | Wasabi | SR0000839830 | Sony Music Entertainment |
| 174 | Little Mix ft. Nicki Minaj | Woman Like Me | SR0000839842 | Sony Music Entertainment |
| 175 | Little Mix ft. Stormzy | Power | SR0000801365 | Sony Music Entertainment |
| 176 | Lolo Zouai | Moi | SR0000844946 | Sony Music Entertainment |
| 177 | Loomy | Senza Filtro | non-US | Sony Music Entertainment |
| 178 | Lovelytheband | Broken | SR0000827471 | The Century Media Family, Inc. |
| 179 | LSD ft. Sia, Diplo & Labrinth | Audio | SR0000820456 | Sony Music Entertainment |
| 180 | LSD ft. Sia, Diplo, Labrinth | Genius | SR0000816390 | Sony Music Entertainment |
| 181 | M.O.P. | Ante Up (Robin Hoodz Theory) | SR0000348044 | Sony Music Entertainment |
| 182 | Mariah Carey | All I Want For Christmas Is You | SR0000207178 | Sony Music Entertainment |
| 183 | Mark Ronson ft. Miley Cyrus | Nothing Breaks Like a Heart | SR0000833525 | Sony Music Entertainment |
| 184 | Martin Garrix & Bebe Rexha | In the Name of Love | SR0000790495 | Sony Music Entertainment |
| 185 | Martin Garrix & Clinton Kane | Drown | SR0000869508 | Sony Music Entertainment |
| 186 | Martin Garrix ft. Macklemore & Patrick Stump | Summer Days | SR0000851595 | Sony Music Entertainment |
| 187 | Matthew Wilder | Break My Stride | pending | Sony Music Entertainment |

A-32

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|-------------------------|-----------|
| 188 | Meghan Trainor | Me Too | SR0000781923 | Sony Music Entertainment |
| 189 | Meghan Trainor ft. Nicki Minaj | Nice to Meet Ya | SR0000884177 | Sony Music Entertainment |
| 190 | Metro Station | Shake It | SR0000830334 | Sony Music Entertainment |
| 191 | MGMT | Electric Feel | SR0000670166 | Sony Music Entertainment |
| 192 | Michael Jackson | Billie Jean (Mashup) | SR0000041965 | Sony Music Entertainment |
| 193 | Michael Jackson | Thriller | SR0000041965 | Sony Music Entertainment |
| 194 | Michael Jackson | She Drives Me Wild | SR0000178165 | Sony Music Entertainment |
| 195 | Miles Morrison ft. Yo Gotti & Stunna Girl | Go Out | pending | Sony Music Entertainment |
| 196 | MJ Cole Cedric Gervais & Freya Ridings | Waking Up | non-US | Sony Music Entertainment |
| 197 | MØ | Final Song (Wideboys remix) | SR0000789946 | Sony Music Entertainment |
| 198 | Mobb Deep ft. Lil Kim | Quiet Storm (Remix) | SR0000278725 | Sony Music Entertainment |
| 199 | Moe | Outta There | non-US | Sony Music Entertainment |
| 200 | N.E.R.D. & Rihanna | Lemon | SR0000805715 | Sony Music Entertainment |
| 201 | Nas | Get Down | SR0000332713 | Sony Music Entertainment |
| 202 | Natalie Taylor | Surrender | SR0000872960 | Sony Music Entertainment |
| 203 | Ne-Yo & Pitbull | Time of Our Lives | SR0000763598 | Sony Music Entertainment |
| 204 | Nicky Jam & J Balvin | X | SR0000862199 | Sony Music Entertainment |
| 205 | Noah Cyrus | July | SR0000853076 | Sony Music Entertainment |
| 206 | Normani ft. 21 Savage | Motivation (Savage Remix) | SR0000862924 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
| --- | --- | --- | --- | --- |
| 207 | Oasis | Wonderwall | SR0000289141 | Sony Music Entertainment |
| 208 | P!nk | Just Like Fire | SR0000797083 | Sony Music Entertainment |
| 209 | Passion Pit | Take A Walk | SR0000709164 | Sony Music Entertainment |
| 210 | Pedro Capo & Farruko | Calma Remix | SR0000845661 | Sony Music Entertainment US Latin LLC |
| 211 | Polo G | Martin & Gina | SR0000878937 | Sony Music Entertainment |
| 212 | Powfu ft. beabadoobee | death bed (coffee for your head) (Unauthorized "Vinyll" Remix) | SR0000867380 | Sony Music Entertainment |
| 213 | R. Kelly | Bump n' Grind | SR0000288094 | Zomba Recording, LLC |
| 214 | R. Kelly | I'm A Flirt | SR0000611942 | Zomba Recording, LLC |
| 215 | Rachel Platten | Fight Song | SR0000758820 | Sony Music Entertainment |
| 216 | Rage Against the Machine | Bulls on Parade | SR0000222705 | Sony Music Entertainment |
| 217 | Regard | Ride It | non-US | Sony Music Entertainment |
| 218 | Ritt Momney | Put Your Records On | pending | Sony Music Entertainment |
| 219 | Rosalia, Travis Scott | TKN (Mashup) | pending | Sony Music Entertainment |
| 220 | Russ | Alone | pending | Sony Music Entertainment |
| 221 | Russ | Pull the Trigger | SR0000804876 | Sony Music Entertainment |
| 222 | Russ | The Flute Song | SR0000828999 | Sony Music Entertainment |
| 223 | SAINt JHN | Roses (Imanbek Remix) | non-US | Sony Music Entertainment |
| 224 | Sam Fischer & Nico Santos | This City (remix) | SR0000867124 | Sony Music Entertainment |
| 225 | Sasha Sloan | Faking It | SR0000825484 | Sony Music Entertainment |

|  | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|---|---|---|---|---|
| 226 | SAYGRACE ft. G-Eazy | You Don't Own Me | SR0000758810 | Sony Music Entertainment |
| 227 | Sean Kingston | Beautiful Girls | SR0000730825 | Sony Music Entertainment |
| 228 | Sean Kingston ft. Justin Bieber | Eenie Meenie | SR0000730824 | Sony Music Entertainment |
| 229 | Shakira | Hips Don't Lie (Live Version) | PA0001627070 | Sony Music Entertainment |
| 230 | Sia | Unstoppable | SR0000777486 | Sony Music Entertainment |
| 231 | Sigala & Becky Hill | Wish You Well | SR0000848745 | Sony Music Entertainment |
| 232 | Sigala & Paloma Faith | Lullaby (Martin Jensen Remix) | SR0000822431 | Sony Music Entertainment |
| 233 | Silk City & Dua Lipa ft. Diplo & Mark Ronson | Electricity | SR0000824521 | Sony Music Entertainment |
| 234 | Snakehips & Tory Lanez | Dimelo | SR0000839216 | Sony Music Entertainment |
| 235 | Starley | Call on Me (Ryan Riback Remix) | SR0000804625 | Sony Music Entertainment |
| 236 | StaySolidRocky | Party Girl | SR0000873295 | Sony Music Entertainment |
| 237 | SZA | Garden (Say It Like Dat) | SR0000808830 | Sony Music Entertainment |
| 238 | SZA & Calvin Harris | The Weekend (Funk Wav Remix) | SR0000807695 | Sony Music Entertainment |
| 239 | T.I. | At Least I Know | SR0000849859 | Sony Music Entertainment |
| 240 | Tate McRae | stupid | SR0000863152 | Sony Music Entertainment |
| 241 | Tate McRae ft. Ali Gatie | lie to me | pending | Sony Music Entertainment |
| 242 | teamwork, Nina Nesbitt, AJ Mitchell | Afterhours | non-US | Sony Music Entertainment |
| 243 | The Chainsmokers | Paris | SR0000861174 | Sony Music Entertainment |

|  | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|---|---|---|---|---|
| 244 | The Chainsmokers & ILLENIUM ft. Lennon Stella | Takeaway | SR0000874460 | Sony Music Entertainment |
| 245 | The Chainsmokers & Tritonal ft. Emily Warren | Until You Were Gone | SR0000775057 | Sony Music Entertainment |
| 246 | The Chainsmokers ft. Daya | Don't Let Me Down (Illenium Remix) | SR0000787990 | Sony Music Entertainment |
| 247 | The Chainsmokers ft. Daya | Don't Let Me Down (W&W Remix) | SR0000784151 | Sony Music Entertainment |
| 248 | The Chainsmokers ft. Kelsea Ballerini | This Feeling | SR0000829546 | Sony Music Entertainment |
| 249 | The Chainsmokers ft. Kelsea Ballerini | This Feeling (unauthorized remix) | SR0000829546 | Sony Music Entertainment |
| 250 | The Chainsmokers ft. NGHTMRE | Save Yourself | SR0000829546 | Sony Music Entertainment |
| 251 | The Chainsmokers ft. Winona Oak | Hope | pending | Sony Music Entertainment |
| 252 | The Emotions | Best of My Love | SR0000222010 | Sony Music Entertainment |
| 253 | The Romantics | What I Like About You | SR0000015829 | Sony Music Entertainment |
| 254 | The Ronettes | Sleigh Ride (Mashup) | pre-72 | Sony Music Entertainment |
| 255 | Three Days Grace | Riot | SR0000397604 | Zomba Recording, LLC |
| 256 | Tinashe | Throw A Fit | SR0000826406 | Sony Music Entertainment |
| 257 | Tinashe ft. Ty Dolla Sign & French Montana | Me So Bad | SR0000815341 | Sony Music Entertainment |
| 258 | Tom Walker ft. Zara Larsson | Now You're Gone | SR0000845310 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|-------------------------|-----------|
| 259 | Tony Igy | Astronomia | non-US | Sony Music Entertainment |
| 260 | Tove Styrke | Mistakes | SR0000813280 | Sony Music Entertainment |
| 261 | Tove Styrke | Vibe | SR0000837229 | Sony Music Entertainment |
| 262 | Travis Porter | Ayy Ladies | SR0000701460 | Sony Music Entertainment |
| 263 | Travis Scott | 5% Tint | SR0000827191 | Sony Music Entertainment |
| 264 | Travis Scott | Butterfly Effect | SR0000800042 | Sony Music Entertainment |
| 265 | Travis Scott | goosebumps (Mashup) | SR0000799077 | Sony Music Entertainment |
| 266 | Travis Scott | Highest In The Room | SR0000858760 | Sony Music Entertainment |
| 267 | Travis Scott | No Bystanders | SR0000827191 | Sony Music Entertainment |
| 268 | Travis Scott | SICKO MODE | SR0000827191 | Sony Music Entertainment |
| 269 | Travis Scott | Stop Trying to Be God | SR0000827191 | Sony Music Entertainment |
| 270 | Travis Scott | Wonderful | SR0000799077 | Sony Music Entertainment |
| 271 | Travis Scott | Yosemite | SR0000827191 | Sony Music Entertainment |
| 272 | Travis Scott ft. Kendrick Lamar | goosebumps | SR0000799077 | Sony Music Entertainment |
| 273 | Travis Scott ft. Lil Uzi Vert & Kanye West | Watch | SR0000822838 | Sony Music Entertainment |
| 274 | Travis Scott ft. Rich Homie Quan & Young Thug | Mamacita | SR0000775786 | Sony Music Entertainment |
| 275 | Travis Scott ft. T.I. & 2 Chainz | Upper Echelon | SR0000775784 | Sony Music Entertainment |
| 276 | Treasure Davis | Simple | SR0000800524 | Sony Music Entertainment |
| 277 | Tyga & Curtis Roach | Bored in the House | SR0000870574 | Sony Music Entertainment |

|     | Artist | Track | Reg. No./Non-US/ Pre-72 | Plaintiff |
|-----|--------|-------|--------------------------|-----------|
| 278 | Tyla Yaweh | She Bad | pending | Sony Music Entertainment |
| 279 | Tyler, The Creator | GONE, GONE / THANK YOU | SR0000848576 | Sony Music Entertainment |
| 280 | Usher ft. Lil' Jon & Ludacris | Yeah! | SR0000354784 | Arista Music |
| 281 | Usher x Zaytoven ft. Gunna | Gift Shop | SR0000833092 | Sony Music Entertainment |
| 282 | Wolf Alice | Bros | SR0000764451 | Sony Music Entertainment |
| 283 | XYLO | Freak | SR0000828570 | Sony Music Entertainment |
| 284 | Y2K & Bbno$ | Lalala (ilkan Gunuc Remix) | SR0000881858 | Sony Music Entertainment |
| 285 | Y2K & bbno$ | Lalala | SR0000862153 | Sony Music Entertainment |
| 286 | Yo Gotti | Down In The Dm | SR0000778955 | Sony Music Entertainment |
| 287 | Young T & Bugsey | Strike A Pose | SR0000876126 | Sony Music Entertainment |
| 288 | Young T & Bugsey ft. Headie One | Don't Rush | SR0000874394 | Sony Music Entertainment |
| 289 | Yung Bae, bbno$, Billy Marchiafava | Bad Boy | SR0000861189 | Sony Music Entertainment |
| 290 | Yungen ft. Yxng Bane | Bestie (T. Matthias Remix) | non-US | Sony Music Entertainment |
| 291 | Zara Larsson | Ain't My Fault (R3hab Remix) | SR0000804487 | Sony Music Entertainment |
| 292 | Zara Larsson | Ruin My Life | SR0000843827 | Sony Music Entertainment |
| 293 | Zara Larsson | Ruin My Life (Sleigh Remix) | SR0000843827 | Sony Music Entertainment |
| 294 | Zara Larsson & MNEK | Never Forget You (Price & Takis remix) | SR0000875261 | Sony Music Entertainment |
| 295 | Zara Larsson & MNEK | Never Forget You | SR0000804492 | Sony Music Entertainment |
| 296 | Zhu | Faded | SR0000764575 | Sony Music Entertainment |
| 297 | ZieZie | Fine Girl | SR0000823110 | Sony Music Entertainment |