Rollin A. Ransom (SBN 196126)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600
rransom@sidley.com

Attorneys for Plaintiffs
Sony Music Entertainment, et al.

Staci Jennifer Riordan (SBN 232659)
**NIXON PEABODY LLP**
One California Plaza
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: 213.629.6000
Facsimile: 213.629.6001
sriordan@nixonpeabody.com

*Specially* Appearing Attorneys for Defendant
Gymshark Limited

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ZOMBA RECORDING LLC; ARISTA MUSIC; LA FACE RECORDS LLC; RECORDS LABEL, LLC; and THE CENTURY MEDIA FAMILY, INC., <br><br> Plaintiffs, <br> vs. <br> GYMSHARK LIMITED and DOES 1-10, <br><br> Defendants. | Case Number: 2:21-cv-05731 <br><br> **JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: 07/15/2021 <br> Initial response date: 10/19/2021 <br> New response date: 11/19/2021 |

STIP TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS Plaintiffs SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ZOMBA RECORDING LLC, ARISTA MUSIC, LA FACE RECORDS LLC, RECORDS LABEL, LLC, and THE CENTURY MEDIA FAMILY, INC. ("Plaintiffs") served GYMSHARK LIMITED ("Defendant") on or about July 15, 2021;

WHEREAS, the parties need additional time to explore resolution without Court intervention and pursuant to Local Rule 8-3, the parties to an action may stipulate to extend the time within which to answer or otherwise respond to the initial complaint in the action without approval from the Court, but shall file a stipulation to that effect;

NOW, THEREFORE, Plaintiffs and Defendant hereby stipulate and agree to that Defendant may answer or otherwise respond to the Complaint, up to and including November 19, 2021.

IT IS SO STIPULATED.

SIDLEY AUSTIN LLP

Dated: October 18, 2021   /s/ *Rollin A. Ransom*
Rollin A. Ransom
Attorney for Plaintiffs
SONY MUSIC ENTERTAINMENT, et al.

NIXON PEABODY, LLP

Dated: October 18, 2021   /s// *Staci Jennifer Riordan*
Staci Jennifer Riordan
Attorney for Defendant
GYMSHARK LIMITED

The filer, Rollin A. Ransom, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Rollin A. Ransom*
Rollin A. Ransom