Rollin A. Ransom (SBN 196126)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600
rransom@sidley.com

Attorneys for Plaintiffs

Staci Jennifer Trager (SBN 232659)
**NIXON PEABODY LLP**
One California Plaza
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: 213.629.6000
Facsimile: 213.629.6001
strager@nixonpeabody.com

*Specially* Appearing Attorneys for Defendant
Gymshark Limited

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ZOMBA RECORDING LLC; ARISTA MUSIC; LA FACE RECORDS LLC; RECORDS LABEL, LLC; and THE CENTURY MEDIA FAMILY, INC., | Case Number: 2:21-cv-05731-CBM-AGR **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| GYMSHARK LIMITED and DOES 1-10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Zomba Recording LLC, Arista Music, La Face Records LLC, Records Label, LLC, and The Century Media Family, Inc. and Defendant Gymshark Limited, through their respective counsel of record, stipulate to dismissal with prejudice of this action in its entirety, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated:  January 25, 2022        /s/ *Rollin A. Ransom*
                                        Rollin A. Ransom
                                        Attorney for Plaintiffs


Dated:  January 25, 2022        /s/ *Staci Jennifer Trager*
                                        Staci Jennifer Trager
                                        Attorney for Defendant
                                        GYMSHARK LIMITED

The filer, Rollin A. Ransom, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

                                /s/ *Rollin A. Ransom*
                                Rollin A. Ransom

---

STIPULATION OF DISMISSAL WITH PREJUDICE